UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CALVIN LESLIE,

Plaintiff,

v.

DR. BERNSTEIN, et al.,

Defendants.

Case No. 3:25-cv-00521-ART-CSD

ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 9)

Plaintiff Calvin Leslie brings this action pursuant to 42 U.S.C. § 1983 against Defendants Dr. Bernstein, "Caseworker Jennifer," and "Caseworker Lady," of North Vista Hospital, for allegedly working with the police to frame him. (ECF No. 1-1.) On October 20, 2025, Magistrate Judge Craig S. Denney dismissed Mr. Leslie's complaint for failure to state a claim. (ECF No. 7.) Judge Denney gave Mr. Leslie thirty days to file an amended complaint. (*Id.*) On December 2, 2025, Judge Denney issued a Report and Recommendation ("R&R") recommending Mr. Leslie's complaint be dismissed with prejudice for failure to amend. (ECF No. 9.)

For the foregoing reasons, the Court adopts the magistrate judge's R&R.

## I.    LEGAL STANDARD

Under the Federal Magistrates Act, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v.*

1

*Arn*, 474 U.S. 140, 149 (1985).

Plaintiff has not filed an objection to the magistrate judge's R&R and his time to do so has now expired. (ECF No. 9.)

## II.    ANALYSIS

The magistrate judge found that Mr. Leslie could not state a colorable claim for relief under section 1983 because he did not argue a theory under which the Defendants cooperation with police rose to the level of a cognizable constitutional violation. (ECF No. 9.) Mr. Leslie does not state what, if anything, happened as a result of the Defendants allegedly cooperating with police, such as an arrest, criminal charges, and/or a conviction. (*Id.*) Additionally, Mr. Leslie's complaint did not state sufficient facts to ensure that his claims were not barred under *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).

## III.    CONCLUSION

It is therefore ordered that Plaintiff's Complaint (ECF No. 1-1) is DISMISSED with prejudice.


Dated this 13th day of January, 2026.


_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2